**DISTRICT OF OREGON**

**F I L E D**

**December 21, 2009**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

TRISH M. BROWN

U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Renaissance Custom Homes, LLC, et al,<br><br>Debtors. | Case No. 08-35023-tmb11<br>(Jointly Administered with<br>Case No. 08-35025-tmb11<br>and Case No. 08-35026-tmb11)<br><br>**ORDER CONFIRMING PLAN OF<br>REORGANIZATION** |

        Debtors' Second Amended Plan of Reorganization (October 29, 2009) (the "Plan") of Renaissance Custom Homes, LLC, Renaissance Development Corporation and The Lakes at Fishers Landing, LLC (collectively "Debtors") having been properly transmitted to creditors and equity holders and all objections to confirmation having been withdrawn or resolved as set forth below, and upon the court's allowance of the votes of the Class 3 Creditor to be changed to an acceptance and the allowance of the late votes of the Class 6 and Class 8 creditors to be counted, all impaired classes have accepted the Plan, except for Classes 15, 16 and 20, and it having been determined after hearing on notice that (i) all requirements for confirmation set forth in 11 U.S.C. § 1129(a) of the Bankruptcy Code have been met with regard to the Plan, and that (ii) this Court finds that the Plan does not discriminate unfairly and is fair

**Page 1 of 5** -   ORDER CONFIRMING PLAN OF REORGANIZATION

and equitable, within the meaning of 11 U.S.C. § 1129(b) of the Bankruptcy Code with respect to any class of claims that is impaired under and has not been accepted by the Plan, and the Court having orally entered its findings of fact and conclusions of law pursuant to Bankruptcy Rule 9014 and Fed. R. Civ. P. 52, NOW, THEREFORE,

IT IS HEREBY ORDERED that

1.      Debtors' Second Amended Plan of Reorganization (October 29, 2009) is confirmed;

2.      Debtors' request to allow the late-filed ballots of the Class 6 and the Class 8 creditors is granted;

3.      The Class 3 creditor's request to change its ballot to acceptance of the Plan and withdraw its objection to confirmation of the Plan is granted.  The treatment of the Class 3 Claim set forth in paragraph 4.3 of the Plan is restated as follows:

Class 3 (Banner Bank).  Class 3 is impaired.  The Class 3 Claim of Banner Bank is secured by a security interest in Debtors' real property known as Rosemont Pointe.  The Class 3 Claim shall be paid as agreed by the Class 3 Claimant and Debtors as follows.  With respect to existing unsold lots and homes, the Class 3 Claim shall be paid the full amount of its Allowed Class 3 Claim with interest at an annual rate equal to .75% plus the prime rate as announced in the Wall Street Journal West Coast Edition from and after the Effective Date.  Interest will be adjusted monthly.  The interest rate will not fall below a floor rate equal to the initial interest rate.  Monthly interest begins to accrue on January 1, 2010 with payments of interest only due on February 1, 2010 and the first day of each month thereafter.  In addition, the Class 3 Claim will be paid as properties are sold pursuant to a release schedule agreed to between Reorganized Debtor and the Class 3 Claimant dated June 5, 2009.  The loan will have a maturity date of July 1, 2012.  The Class 3 Claimant has also agreed to provide construction financing for lots 17 and 43 of Rosemont Pointe which will be based on a 30-year fixed rate of 4.875% with a 1.5% loan origination fee.  The construction loans will be fully assumable by a home buyer.  Assuming that the Debtors pay the Class 3 Claimant's Claim in accordance with the terms set forth herein and comply with all terms of any loans extended by the Class 3 Claimant to the Debtors, the Class 3 Claimant will continue to provide construction financing for the remaining lots on terms mutually agreed to by the Reorganized Debtor and the Class 3 Claimant.   The Debtors and the Class 3 Claimant will

**Page 2 of 5** -   ORDER CONFIRMING PLAN OF REORGANIZATION

execute documents to implement the payment of the Class 3 Claim
in accordance with the terms set forth herein.

4.　　The terms of the Stipulation Modifying Plan of Reorganization (Dorothy Nafus Morrison) dated December 16, 2009 is approved as part of the Plan;

5.　　Pursuant to paragraph 4.5 of the Plan, Debtors have elected and Columbia River Bank has agreed that Debtors shall convey the property to Columbia River Bank through a non-merger deed in lieu of foreclosure in full satisfaction of the debt and any personal guaranties; provided however, that Reorganized Debtor shall be responsible to continue to adequately maintain and market the property at the direction of Columbia River Bank for a period of at least one year and further at the mutual consent of the parties.  The Reorganized Debtor will be authorized to purchase lots from Columbia River Bank and build pre-sold or model homes on the property at a lot purchase price to be agreed upon by the parties.  Columbia River Bank reserves the right to sell the property, by bulk sale or by individual lot(s) at any time after the deed in lieu of foreclosure is accepted.

6.　　Pursuant to paragraph 4.9 of the Plan, Debtor has elected and West Coast Bank has agreed that Debtor shall continue to maintain and market the property; provided however, that paragraph 4.9 of the Plan is modified to delete the 2% project management fee provision;

7.　　The treatment of the Class 12 Claim set forth in paragraph 4.12 of the Plan is modified to provide for the election of Ms. Crawford to have the property deeded back to her or an entity designated by her.  Mrs. Crawford's lien is unaffected by and survives confirmation of the Plan and survives any recording by Sterling Savings Bank of a deed in lieu of foreclosure;

8.　　The language in paragraph 6.3, line 10 of the Plan beginning with the words "In addition . . ." through the end of that paragraph 6.3 is stricken from the Plan.

9.　　Paragraph 8.2 of the Plan is amended to add the following:  Mr. Randal Sebastian and Mrs. Sandra Sebastian shall not sell or further encumber their personal residence

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

in Wilsonville, Oregon or their beach house in Manzanita, Oregon without first providing 20 days prior written notice to creditors affected by this injunction informing them of the intended action and providing an opportunity to object and request a hearing on such objection before this Court. Imposition of this temporary injunction is without prejudice to Reorganized Debtor, Sebastians, or any affected creditor from seeking modification, termination, or any other or further relief from this Court for cause shown.

10.     Debtor shall provide specific notice by letter to Canyon Creek Cabinets, Les Schwab, Lumbermen's, PetroCard, Rodda Paint, and Super Floors of the provisions of paragraph 8.2 of the Plan as modified by paragraph 9 of this Order and inform them that they have a right to petition this Court for relief or reconsideration thereof.

11.     The proposed modifications set forth in paragraphs 3 - 9 above do not adversely change the treatment of any creditor or the interest of any equity security holder that has not accepted the proposed modifications;

12.     The interest rate to the Class 15 and 16 claimants and the executory contract holders shall be 3.25% per annum;

13.     The agreed allowed administrative expense claim of Sterling Savings Bank for repayment of its post-petition D-I-P loans shall be $574,483.91;

14.     Class 10 claimants with construction liens on property being surrendered to lenders are not impaired by the Plan and are free to pursue their state law rights and remedies. Such liens shall be deemed timely asserted liens on such properties provided the lien claimants complied with the Order Establishing Procedures for the Resolution and Payment of Construction Lien Claims or as otherwise allowed by the Bankruptcy Code. Any such lien claimants are hereby granted relief from the stay to proceed with their state law rights and remedies and, upon request, a separate order of this Court can be entered, if necessary, so that it can be recorded in the real property records indicating that such liens were deemed timely. In addition, any suits to enforce such liens that are commenced by such lien claimants within 60

**Page 4 of 5** -   ORDER CONFIRMING PLAN OF REORGANIZATION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

days of the date of this order shall be deemed timely under ORS 87.055.  Nothing contained

herein or such order shall otherwise affect the merits of the construction lien claims.

15.    The pending Motion to Assume Executory Contracts in Connection with

Plan of Reorganization is granted and all executory contracts and leases of nonresidential real

property previously assumed by Debtors or assumed under the Plan shall be deemed assigned to

the Reorganized Debtor;

16.    Except as otherwise provided in the Plan or this Order, all property and

assets of the estates of Debtors shall hereby vest in the Reorganized Debtor free and clear of all

claims, liens, encumbrances, charges, and other interests of creditors arising on or before the

Effective Date;

17.    The Reorganized Debtor shall be responsible for timely payment of fees

incurred pursuant to 28 U.S.C. § 1930(a)(6) until the case is closed, converted, or dismissed.

After confirmation, the Reorganized Debtor shall serve on the United States Trustee a monthly

financial report for each month, or portion thereof, that the case remains open.  The monthly

financial report shall include a statement of all disbursements made during the course of the

month, whether or not pursuant to the Plan.

# # #

Presented by:

TONKON TORP LLP

By /s/ Timothy J. Conway
    Albert N. Kennedy, OSB No. 82142 (Lead Attorney)
    Timothy J. Conway, OSB No. 85175
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:    503-221-1440
    Facsimile:    503-274-8779
    E-mail:        al.kennedy@tonkon.com
             tim.conway@tonkon.com
    Attorneys for Debtors
cc:    List of Interested Parties

034312/00001/1905449v3
**Page 5 of 5** -   ORDER CONFIRMING PLAN OF REORGANIZATION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# CONSOLIDATED
## LIST OF INTERESTED PARTIES

### *Renaissance Custom Homes, LLC*, Case No. 08-35023-tmb11
### *Renaissance Development Corporation,* Case No. 08-35025-tmb11 and
### *The Lakes at Fishers Landing, LLC*, Case No. 08-35026-tmb11

## ECF

**US TRUSTEE:**

M. Vivienne Popperl
U.S. Trustee's Office
620 SW Main St, Room 213
Portland, OR  97205-3026
m.vivienne.popperl@usdoj.gov

**ATTORNEY FOR COMMITTEE:**

Ivy B. Grey
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW Fifth Ave., #2300
Portland, OR  97201
ivygrey@dwt.com
jimwaggoner@dwt.com

**REQUESTS FOR SPECIAL NOTICE:**

Jason M. Ayres
Tara Schleicher
Farleigh Wada Witt
121 SW Morrison St., #600
Portland, OR  97204-3192
jayres@fwwlaw.com
tschleicher@fwwlaw.com
    Attorney for Banner Bank

Jessica S. Cain
Gunn Cain & Kinney LLP
700 Deborah Rd., #250
Newberg, OR 97231
cain@gckattroneys.com
    Attorney for Creditor Rothchild
    Construction Co., Inc.'

Bradley Copeland
Arnold Gallagher Saydack Percell
Roberts & Potter, P.C.
800 Willamette Street
P.O. Box 175
Eugene, OR  97440-1758
bcopeland@agsprp.com
    Attorney for Creditor South Lake
    Center, LLC' and Umpqua Bank

David W. Criswell
Ball Janik LLP
1100 One Main Place
101 SW Main St
Portland, OR  97204-3219
dcriswell@balljanik.com
    Attorney for Homestreet Bank

Douglas P. Cushing
Jordan Schrader Ramis PC
POB 230669
Portland, OR  97281-0669
doug.cushing@jordanschrader.com
    Attorney for Teufel's Nursery Inc.
    and Roth Heating and Cooling

J. Daniel Gragg
Seifer Yeats Mills & Zwierzynski LLP
121 SW Morrison St., #850
Portland, OR  97204
gragg@seifer-yeats.com
    Attorney for H&S Spray
    Contractors

Thomas K. Hooper
Hooper, Englund & Weil, LLP
Suite 22150 Congress Center
1001 SW Fifth Avenue
Portland, OR  97204
thooper@hooplaw.com
    Attorney for Oregon Drywall
    Installers, Inc. and Ford Motor
    Credit Company LLC

C. Scott Howard
111 SW Fifth Ave #1775
Portland, OR 97204
showhar@k-hlaw.com
    Attorney for Wolcott Plumbing
    Contractors Inc.

Michael E. Knapp
Michael E. Knapp PC
2355 State St.
Salem, OR  97301
mikeeknapp@aol.com
    Attorney for Creditor Withers
    Lumber Company

Sanford R. Landress
Gary L. Blacklidge
Charles Markley
Greene & Markley, PC
Suite 600 - The 1515 Building
1515 SW Fifth Avenue
Portland, OR  97201-5492
sanford.landress@greenemarkley.com
gary.blacklidge@greenemarkley.com
charles.markley@greenemarkley.com
    Attorney for Sterling Savings Bank

Stephen G. Leatham
Heurlin Potter & Leatham, P.S.
211 East McLoughlin Blvd #100
POB 611
Vancouver, WA  98666-0611
sgl@hpl-law.com
    Interested Party

John Casey Mills
Miller Nash LLP
111 SW Fifth Ave., #3400
Portland, OR  97204
casey.mills@millernash.com
    Attorney for First Independent
    Bank

Zachary Mosner
800 SW Fifth Ave., #2000
Seattle, WA 98104-3188
BCUMosner@atg.wa.gov
    Attorney for Washington State
    Taxing Agencies

Andrew R. Naylor
POB 470
Salem, OR  97308
anaylor@sglaw.com
    Attorney for Columbia River Bank

Kevin S. Neiman
Pearson Horowitz and Burnett PC
1775 Sherman, 31st Floor
Denver, CO 80203
kneiman@ph-law.com
    Attorney for H&S Spray
    Contractors

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch, 10th Floor
Portland, OR 97209
    Special Counsel

R. W. Perry
Perry & Winegar
7420 SW Bridgeport Rd #204
Portland, OR  97224
rwperry@perrywinegar.com
    Attorney for BMC West
    Corporation

Michael Petersen
Heltzel Upjohn Williams Yandell Roth
Smith & Petersen PC
117 Commercial St NE #400
PO Box 1048
Salem OR 97308
mpetersen@heltzel.com
    Attorney for J & S Concrete, Inc.

Craig G. Russillo
Schwabe Williamson & Wyatt
1600-1800 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3795
crussillo@schwabe.com
    Attorney for Milwaukie Lumber
    Company, Juniper Ridge Lumber
    Company, LLC, dba Pacific
    Lumber Company, Pacific Door &
    Millwork, Pacific Install, LLC,
    Milwaukie Lumber Company &
    Stark Street Lumber Company,
    LLC dba Milwaukie Lumber
    Company

James Ray Streinz
McEwen Gisvold LLP
1600 Standard Plaza
1100 SW Sixth Avenue
Portland, OR 97204
rays@mcewengisvold.com
    Attorney for First Horizon Home
    Loan

Brent G. Summers
Tarlow Naito & Summers LLP
6650 SW Redwood Lane, #215
Portland, OR 97224
brent.summers@tnslaw.net
    Attorney for Dolan Northwest, LLC

Don Thacker
Carlson & Thacker, PLLC
3214 NE 58th Street
Vancouver, WA 98663-1430
dthacker@carlson-thacker.com
    Attorney for Olson Engineering Inc.

Lawrence A. Wagner
Stewart Sokol &Gray LLC
2300 SW First., #200
Portland, OR 97201
lwagner@lawssg.com
    Attorney for AKS Engineering &
    Forestry, LLC

John W. Weil
Hooper Englund & Weil LLP
1100 SW Sixth Ave
Standard Plaza #1507
Portland, OR 97204-1016
jweil@hooplaw.com
    Attorney for Milgard Manufacturing
    Inc.

J. Stephen Werts
Cable Huston
2000 Congress Center
1001 SW Fifth Avenue
Portland, OR 97204-1136
swerts@cablehuston.com
    Attorney for Randal S. Sebastian

Joseph A. Yazbeck, Jr.
Yazbeck Cloran & Hanson, LLC
1300 SW Fifth Ave., #2750
Portland, OR 97201-5617
jay@yazbeckhanson.com
    Attorney for Creagan Excavating,
    Inc.

Anita G. Manishan
520 SW Yamhill St, Ste 420
Portland, OR 97204
    Attorney for Dorothy Nafus
    Morrison

Cody Hosely
Larkins Vacura LLP
621 SW Morrison St, #1450
Portland, OR 97205
choesly@larkinsvacura.com
    Attorney for Creditor Committee
    US Bank

Jean M. McCoy
Landerholm Memovich
805 Broadway St, #1000
POB 1086
Vancouver, WA 98666
jean.mccoy@landerholm.com
    Attorney for Prairie Electric, Inc.

**OTHERS:**

Matthew A. Arbaugh
Field Jerger LLP
610 SW Alder, #910
Portland, OR 97205
matt@fieldjerger.com
    Attorney for Creditor Tri-Span
    Construction, Inc.

Thomas J. Greif
POB 80458
Portland, OR 97280
    Attorney for SFA Design Group
    LLC

William L. Larkins, Jr.
Larkins Vacura, LLP
621 SW Morrison St., Ste 1450
Portland, OR 97205-3817

James Miersma
3535 Factoria Blvd SE #200
Bellevue, WA 98006
ecfor@reflegal.com
    Attorney for GMAC

Sonia A. Montalbano
Elliott, Ostrander & Preston, P.C.
707 SW Washington St, #1500
Portland, OR 97205
sonia@eoplaw.com
    Attorney for Lumbermens, Inc.

Timothy J. Resch
Samuels Yoelin Kantor
    Seymour & Spinrad LLP
200 Willamette Wharf
4640 SW Macadam Avenue
Portland, OR 97239-4232
tresch@samuelslaw.com
    Attorney for Portland Carpet
    Centre, Inc.

Gary Kahn
Rees, Kahn & Hennessy
4035 SE 52nd Ave
POB 86100
Portland, OR 97286
    Attorney for Dow Columbia

Milly Whatley
2445 NE Division St #202
Bend, OR 97701
millywhatley@gmail.com
    Attorney for Frank Deggendorfer
    Trust utd 12/23/92

Jeffrey S. Young
Scott-Hookland LLP
POB 23414
Tigard, OR 97281
jsy@scott-hookland.com
    Attorney for Pacific Rock Products,
    LLC, dba Cemex

Thomas A. Gerber
Bullivant Houser Bailey PC
888 SW Fifth Ave, Suite 300
Portland, OR 97204
thomas.gerber@bullivant.com
    Attorney for Wells Fargo
    Equipment Finance, Inc.

Andrew D. Hahs
Bittner & Hahs PC
4949 SW Meadows Rd #260
Lake Oswego, OR 97035
ahahs@bittner-hahs.com
    Attorney for Myhre Group
    Architects, Inc.

Martin P. Meyers
Howard Levine
Sussman Shank
1000 SW Broadway #1400
Portland, OR 97205
martin@sussmanshank.com
howard@sussmanshank.com
    Attorney for John and Helen
    S.Crawford

John H. Chambers
Dunn Carney Allen
 Higgins & Tongue LLP
851 S.W. Sixth Avenue #1500
Portland, OR  97204
     Attorney for Bones Construction
     Inc.

## NON-ECF PARTICIPANTS

**ATTORNEY FOR CREDITORS'
COMMITTEE:**

Keith A. McDaniels
Winston & Strawn LLP
101 California St
San Francisco, CA  94111

**SECURED CREDITORS-
RENAISSANCE CUSTOM
HOMES, LLC:**

Builder Services Group Inc.,
dba Comfort Insulation Inc
260 Jimmy Ann Dr
Daytona Beach, FL 32114

Craftwork Plumbing Inc
7737 SW Cirrus Dr
Beaverton, OR  97008-6957

Fettig Construction Inc
POB 1381
Tualatin, OR  97062

Gary's Vacuflo Inc
9015 SE Flavel
Portland, OR  97266-5583

Globe Lighting
Dept 173
POB 34935
Seattle, WA  98124-1935

JB Insulation Co Inc
dba Jim Boryska
14255 SW Galbreath Dr
Sherwood, OR  97140

Lighthouse Electric LLC
27750 SW 95th Ave #109
Wilsonville, OR  97070

Macadam Floor and Design
6140 SW Macadam Ave
Portland, OR  97239

Martin Sanders Grounds Maint
POB 307
North Plains, OR  97133

Oswego Drywall
19155 SW Teton Ave
POB 2687
Tualatin, OR  97062

Pacific Coast Siding
20681 Creekview Pl
Colton, OR  97017

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR  97035

Robert Martin Sprayer's Drywall
Inc
POB 3551
Tualatin, OR  97062

Salem Painting Co Inc
19190 SW 90th
POB 250
Tualatin, OR  97062-9997

TF Draper Co Inc
c/o Tom Draper
3831 24th
Forest Grove, OR  97116

Tigard Sand and Gravel Co
POB 4810
Tualatin, OR  97062-4810

Trinity Carpet Brokers
2690 SE Mailwell Dr
Milwaukie, OR  97222

Washington Federal Savings Bank
Attn:  Peggy Gobin
14990 SW Bangy Rd
Lake Oswego, OR  97035

West Coast Bank
c/o Linda Reid
500 E Broadway #100
Vancouver, WA  98660

**SECURED CREDITORS-
RENAISSANCE DEVELOPMENT
CORPORATION:**

American Classic Decks and
Fencing
18300 SW 126th Pl
Tualatin, OR 97062

Canyon Creek Cabinet Co
16726 Tye St SE
Monroe, WA  98272

Fettig Construction Inc
POB 1381
Tualatin, OR  97062

Fibersphere Communications Inc
735 SW 158TH Avenue
Beaverton, OR  97006

GeoDesign Inc
15575 SW Sequoia Pkwy #100
Portland, OR  97224

JB Insulation Co Inc
dba Jim Boryska
14255 SW Galbreath Dr
Sherwood, OR  97140

Kone Inc
POB 429
Moline, IL 61266-0429

Martin Sanders Grounds Maint
POB 307
North Plains, OR  97133

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR  97035

Patriot Pavement Dev LLC
POB 1617
Battle Ground, WA  98604

Trinity Carpet Brokers
2690 SE Mailwell Dr
Milwaukie, OR  97222

Stephen Waldroup Construction,
Inc.
dba Ultra Quiet Floors
403 N Main St
Newberg, OR 97132

Gary Webb
Gary Webb Trust
61927 Behrens
Summerville, OR 97876

**SECURED CREDITORS-THE
LAKES AT FISHERS LANDING,
LLC**

Augustine's Gutter Serv
3602 NE 101st St
Vancouver, WA  98686

Fettig Construction Inc
POB 1381
Tualatin, OR  97062

Interior Focus Inc
8425 SW Terwilliger Blvd
Portland, OR  97219

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR  97035

Prairie Electric Inc
6000 NE 88th St
Vancouver, WA  98665

Reut Bros Inc
10853 S Ridgetop Dr
Molalla, OR  97038

**LIEN CLAIMANT'S COUNSEL:**

William A. Drew
Elliott, Ostrander & Preston, PC
707 SW Washington St., #1500
Portland, OR  97205

Fred C. Nachtigal
Nachtigal, Eisenstein & Associates
101 SW Washington St
Hillsboro, OR  97123

Justin Stark
Stark Law Office LLC
1826 NE Broadway
Portland, OR  97232

Thomas K. Wolf
Thomas K. Wolf, LLC
4550 SW Kruse Way #125
Lake Oswego, OR  97035

Jared E. Kahn
Rees, Kahn & Hennessy
4035 SE 52nd Ave
POB 86100
Portland, OR  97286

J. Kurt Kraemer
McEwen Gisvold LLP
1100 SW Sixth Ave #1600
Portland, OR  97204

Alan L. Mitchell
POB 14247
Portland, OR  97293

Kenneth Brinich
Hendrix, Brinich & Bertalan, LLP
716 NW Harriman St
Bend, OR  97701

Canyon Creek Cabinet Co
16726 Tye St SE
Monroe, WA  98272

**REQUESTS FOR SPECIAL
NOTICE:**

Recovery Management
 Systems Corporation
Attn: Ramesh Singh
25 SE 2nd Ave., #1120
Miami, FL 33131

**OTHERS:**

Michael D. Currin
Witherspoon, Kelley,
 Davenport & Toole, PC
422 Riverside #1100
Spokane, WA  99201
MDC@wkdtlaw.com
 Pro Hac Vice Attorney for
 Sterling Saving Bank

080000/00755/1230941v1