SRNECF (12/1/09) rdl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
**Renaissance Custom Homes, LLC** ) Case No. **08–35023–tmb11**
**Renaissance Development Corporation** )
Debtor(s) ) NOTICE TO SERVE
) DOCUMENT(S)
)
)

**Timothy J. Conway IS NOTIFIED THAT** a copy of document(s) entitled **Order Confirming Plan Re [533] Second Amended Chapter 11 Plan of Reorganization Filed by Renaissance Custom Homes, LLC, Renaissance Development Corporation, The Lakes at Fishers Landing, LLC** included as additional PDF file(s) in the Notice of Electronic Filing (NEF) of this document, **AND** any additional required **ATTACHMENT(S), MUST BE IMMEDIATELY SERVED** on ALL interested parties as follows:

1. **BEFORE** SERVING the copies **YOU MUST:**

    a. [If there is a Notice of Hearing enclosed] PLACE the Notice of Hearing ON TOP of any other documents to be served on paper.

    b. **ATTACH** copies of **ANY ATTACHMENTS ORIGINALLY FILED** with the document to be served, unless that is not required by the Certificate of Service on that document;

    c. [If there is a Certificate of Service on the document to be served] **ATTACH** copies of any **OTHER DOCUMENT(S) REQUIRED** by the certificate;    **AND**

    d. **NOT ATTACH** a copy of this Notice.

2. **WITHIN 14 DAYS** OF THE DATE BELOW, unless an order on the document to be served provides otherwise, **YOU MUST FILE** a **COMPLETED, DATED, AND SIGNED CERTIFICATE OF SERVICE,** *WITHOUT* any attachments, that LINKS to the original document AND, unless you use a certificate included on the document to be served, includes: (a) a certification that you served the document(s) on all interested parties, (b) a clearly identified list of the names and addresses of all parties served conventionally using paper, AND (c) a clearly identified list of the names of all parties requiring service that were served electronically via ECF.

Dated: 12/21/09

Clerk, U.S. Bankruptcy Court
1001 SW 5th Ave #700
Portland, OR 97204