| | |
|---|---|
| 1 | **Albert N. Kennedy**, OSB No. 82142 (Lead Attorney) |
|   |    Direct Dial:  (503) 802-2013 |
| 2 |    Facsimile:   (503) 972-3713 |
|   |    E-Mail:      al.kennedy@tonkon.com |
| 3 | **Timothy J. Conway**, OSB No. 85175 |
|   |    Direct Dial:  (503) 802-2027 |
| 4 |    Facsimile:   (503) 972-3727 |
|   |    E-Mail:      tim.conway@tonkon.com |
| 5 | **Ava L. Schoen**, OSB No. 04407 |
|   |    Direct Dial:  (503) 802-2143 |
| 6 |    Facsimile:   (503) 972-3843 |
|   |    E-Mail:      ava.schoen@tonkon.com |
| 7 | **TONKON TORP LLP** |
|   | 1600 Pioneer Tower |
| 8 | 888 S.W. Fifth Avenue |
|   | Portland, OR  97204 |
| 9 | |
|   |       Attorneys for Debtors |
| 10 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 08-35023-tmb11 |
| | (Jointly Administered with |
| Renaissance Custom Homes, LLC, et al., | Case No. 08-35025-tmb11 and |
| | Case No. 08-35026-tmb11) |
| Debtors. | |
| | **CERTIFICATE OF SERVICE OF ORDER CONFIRMING PLAN OF REORGANIZATION** |

      Pursuant to the Court's Notice to Serve Documents, I hereby certify that I served a copy of the Order Confirming Plan of Reorganization entered on December 21, 2009 ("Order") on the parties listed as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

\* \* \*

\* \* \*

Page 1 of 2 **-** CERTIFICATE OF SERVICE OF ORDER CONFIRMING PLAN OF REORGANIZATION

1  Those parties listed as "ECF" on the attached List of Interested parties were

2  served electronically via the Court's ECF system on December 21, 2009.

3  DATED this 22nd day of December, 2009.

4  TONKON TORP LLP

5

6  By /s/ *Timothy J. Conway*
   Albert N. Kennedy, OSB No. 82142
7  Timothy J. Conway, OSB No. 85175
   Ava L. Schoen, OSB No. 04407
8  Attorneys for Debtors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 of 2 -  CERTIFICATE OF SERVICE OF ORDER CONFIRMING PLAN OF REORGANIZATION

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# CONSOLIDATED
# LIST OF INTERESTED PARTIES

*Renaissance Custom Homes, LLC*, Case No. 08-35023-tmb11
*Renaissance Development Corporation,* Case No. 08-35025-tmb11 and
*The Lakes at Fishers Landing, LLC*, Case No. 08-35026-tmb11

## ECF

**US TRUSTEE:**

M. Vivienne Popperl
U.S. Trustee's Office
620 SW Main St, Room 213
Portland, OR  97205-3026
m.vivienne.popperl@usdoj.gov

**ATTORNEY FOR COMMITTEE:**

Ivy B. Grey
James C. Waggoner
Davis Wright Tremaine LLP
1300 SW Fifth Ave., #2300
Portland, OR  97201
ivygrey@dwt.com
jimwaggoner@dwt.com

**REQUESTS FOR SPECIAL NOTICE:**

Jason M. Ayres
Tara Schleicher
Farleigh Wada Witt
121 SW Morrison St., #600
Portland, OR  97204-3192
jayres@fwwlaw.com
tschleicher@fwwlaw.com
   Attorney for Banner Bank

Jessica S. Cain
Gunn Cain & Kinney LLP
700 Deborah Rd., #250
Newberg, OR 97231
cain@gckattroneys.com
   Attorney for Creditor Rothchild
   Construction Co., Inc.'

Bradley Copeland
Arnold Gallagher Saydack Percell
Roberts & Potter, P.C.
800 Willamette Street
P.O. Box 175
Eugene, OR  97440-1758
bcopeland@agsprp.com
   Attorney for Creditor South Lake
   Center, LLC' and Umpqua Bank

David W. Criswell
Ball Janik LLP
1100 One Main Place
101 SW Main St
Portland, OR  97204-3219
dcriswell@balljanik.com
   Attorney for Homestreet Bank

Douglas P. Cushing
Jordan Schrader Ramis PC
POB 230669
Portland, OR  97281-0669
doug.cushing@jordanschrader.com
   Attorney for Teufel's Nursery Inc.
   and Roth Heating and Cooling

J. Daniel Gragg
Seifer Yeats Mills & Zwierzynski LLP
121 SW Morrison St., #850
Portland, OR  97204
gragg@seifer-yeats.com
   Attorney for H&S Spray
   Contractors

Thomas K. Hooper
Hooper, Englund & Weil, LLP
Suite 22150 Congress Center
1001 SW Fifth Avenue
Portland, OR  97204
thooper@hooplaw.com
   Attorney for Oregon Drywall
   Installers, Inc. and Ford Motor
   Credit Company LLC

C. Scott Howard
111 SW Fifth Ave #1775
Portland, OR 97204
showhar@k-hlaw.com
   Attorney for Wolcott Plumbing
   Contractors Inc.

Michael E. Knapp
Michael E. Knapp PC
2355 State St.
Salem, OR  97301
mikeeknapp@aol.com
   Attorney for Creditor Withers
   Lumber Company

Sanford R. Landress
Gary L. Blacklidge
Charles Markley
Greene & Markley, PC
Suite 600 - The 1515 Building
1515 SW Fifth Avenue
Portland, OR  97201-5492
sanford.landress@greenemarkley.com
gary.blacklidge@greenemarkley.com
charles.markley@greenemarkley.com
   Attorney for Sterling Savings Bank

Stephen G. Leatham
Heurlin Potter & Leatham, P.S.
211 East McLoughlin Blvd #100
POB 611
Vancouver, WA  98666-0611
sgl@hpl-law.com
   Interested Party

John Casey Mills
Miller Nash LLP
111 SW Fifth Ave., #3400
Portland, OR  97204
casey.mills@millernash.com
   Attorney for First Independent
   Bank

Zachary Mosner
800 SW Fifth Ave., #2000
Seattle, WA 98104-3188
BCUMosner@atg.wa.gov
   Attorney for Washington State
   Taxing Agencies

Andrew R. Naylor
POB 470
Salem, OR  97308
anaylor@sglaw.com
   Attorney for Columbia River Bank

Kevin S. Neiman
Pearson Horowitz and Burnett PC
1775 Sherman, 31st Floor
Denver, CO 80203
kneiman@ph-law.com
   Attorney for H&S Spray
   Contractors

Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch, 10th Floor
Portland, OR 97209
   Special Counsel

R. W. Perry
Perry & Winegar
7420 SW Bridgeport Rd #204
Portland, OR  97224
rwperry@perrywinegar.com
   Attorney for BMC West
   Corporation

Michael Petersen
Heltzel Upjohn Williams Yandell Roth
Smith & Petersen PC
117 Commercial St NE #400
PO Box 1048
Salem OR 97308
mpetersen@heltzel.com
   Attorney for J & S Concrete, Inc.

Craig G. Russillo
Schwabe Williamson & Wyatt
1600-1800 Pacwest Center
1211 SW Fifth Avenue
Portland, OR  97204-3795
crussillo@schwabe.com
   Attorney for Milwaukie Lumber
   Company, Juniper Ridge Lumber
   Company, LLC, dba Pacific
   Lumber Company, Pacific Door &
   Millwork, Pacific Install, LLC,
   Milwaukie Lumber Company &
   Stark Street Lumber Company,
   LLC dba Milwaukie Lumber
   Company

James Ray Streinz
McEwen Gisvold LLP
1600 Standard Plaza
1100 SW Sixth Avenue
Portland, OR  97204
rays@mcewengisvold.com
   Attorney for First Horizon Home
   Loan

Brent G. Summers
Tarlow Naito & Summers LLP
6650 SW Redwood Lane, #215
Portland, OR  97224
brent.summers@tnslaw.net
   Attorney for Dolan Northwest, LLC

Don Thacker
Carlson & Thacker, PLLC
3214 NE 58th Street
Vancouver, WA  98663-1430
dthacker@carlson-thacker.com
   Attorney for Olson Engineering Inc.

Lawrence A. Wagner
Stewart Sokol &Gray LLC
2300 SW First., #200
Portland, OR  97201
lwagner@lawssg.com
   Attorney for AKS Engineering &
   Forestry, LLC

John W. Weil
Hooper Englund & Weil LLP
1100 SW Sixth Ave
Standard Plaza #1507
Portland, OR  97204-1016
jweil@hooplaw.com
   Attorney for Milgard Manufacturing
   Inc.

J. Stephen Werts
Cable Huston
2000 Congress Center
1001 SW Fifth Avenue
Portland, OR  97204-1136
swerts@cablehuston.com
   Attorney for Randal S. Sebastian

Joseph A. Yazbeck, Jr.
Yazbeck Cloran & Hanson, LLC
1300 SW Fifth Ave., #2750
Portland, OR  97201-5617
jay@yazbeckhanson.com
   Attorney for Creagan Excavating,
   Inc.

Anita G. Manishan
520 SW Yamhill St, Ste 420
Portland, OR 97204
   Attorney for Dorothy Nafus
   Morrison

Cody Hosely
Larkins Vacura LLP
620 SW Morrison St $1450
Portland, OR 97205
chosley@larkinsvacura.com
   Attorney for Creditor Committee
   US Bank

Jean M. McCoy
Landerholm Memovich
805 Broadway St #1000
POB 1086
Vancouver, WA 98666
jean.mccoy@landerholm.com
   Attorney for Prairie Electric, Inc.

**OTHERS:**

Matthew A. Arbaugh
Field Jerger LLP
610 SW Alder, #910
Portland, OR 97205
matt@fieldjerger.com
   Attorney for Creditor Tri-Span
   Construction, Inc.

Thomas J. Greif
POB 80458
Portland, OR 97280
   Attorney for  SFA Design Group
   LLC

William L. Larkins, Jr.
Larkins Vacura, LLP
621 SW Morrison St., Ste 1450
Portland, OR  97205-3817

James Miersma
3535 Factoria Blvd SE #200
Bellevue, WA 98006
ecfor@reflegal.com
   Attorney for GMAC

Sonia A. Montalbano
Elliott, Ostrander & Preston, P.C.
707 SW Washington St, #1500
Portland, OR  97205
sonia@eoplaw.com
   Attorney for Lumbermens, Inc.

Timothy J. Resch
Samuels Yoelin Kantor
  Seymour & Spinrad LLP
200 Willamette Wharf
4640 SW Macadam Avenue
Portland, OR  97239-4232
tresch@samuelslaw.com
   Attorney for Portland Carpet
   Centre, Inc.

Gary Kahn
Rees, Kahn & Hennessy
4035 SE 52nd Ave
POB 86100
Portland, OR  97286
   Attorney for Dow Columbia

Milly Whatley
2445 NE Division St #202
Bend, OR 97701
millywhatley@gmail.com
   Attorney for Frank Deggendorfer
   Trust utd 12/23/92

Jeffrey S. Young
Scott-Hookland LLP
POB 23414
Tigard, OR 97281
jsy@scott-hookland.com
   Attorney for Pacific Rock Products,
   LLC, dba Cemex

Thomas A. Gerber
Bullivant Houser Bailey PC
888 SW Fifth Ave, Suite 300
Portland, OR 97204
thomas.gerber@bullivant.com
   Attorney for Wells Fargo
   Equipment Finance, Inc.

Andrew D. Hahs
Bittner & Hahs PC
4949 SW Meadows Rd #260
Lake Oswego, OR 97035
ahahs@bittner-hahs.com
   Attorney for Myhre Group
   Architects, Inc.

Martin P. Meyers
Howard Levine
Sussman Shank
1000 SW Broadway #1400
Portland, OR 97205
martin@sussmanshank.com
howard@sussmanshank.com
   Attorney for John and Helen
   S.Crawford

John H. Chambers
Dunn Carney Allen
 Higgins & Tongue LLP
851 S.W. Sixth Avenue #1500
Portland, OR  97204
　　Attorney for Bones Construction
　　Inc.

NON-ECF PARTICIPANTS

**ATTORNEY FOR CREDITORS' COMMITTEE:**

Keith A. McDaniels
Winston & Strawn LLP
101 California St
San Francisco, CA 94111

**SECURED CREDITORS-RENAISSANCE CUSTOM HOMES, LLC:**

Builder Services Group Inc.,
dba Comfort Insulation Inc
260 Jimmy Ann Dr
Daytona Beach, FL 32114

Craftwork Plumbing Inc
7737 SW Cirrus Dr
Beaverton, OR 97008-6957

Fettig Construction Inc
POB 1381
Tualatin, OR 97062

Gary's Vacuflo Inc
9015 SE Flavel
Portland, OR 97266-5583

Globe Lighting
Dept 173
POB 34935
Seattle, WA 98124-1935

JB Insulation Co Inc
dba Jim Boryska
14255 SW Galbreath Dr
Sherwood, OR 97140

Lighthouse Electric LLC
27750 SW 95th Ave #109
Wilsonville, OR 97070

Macadam Floor and Design
6140 SW Macadam Ave
Portland, OR 97239

Martin Sanders Grounds Maint
POB 307
North Plains, OR 97133

Oswego Drywall
19155 SW Teton Ave
POB 2687
Tualatin, OR 97062

Pacific Coast Siding
20681 Creekview Pl
Colton, OR 97017

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR 97035

Robert Martin Sprayer's Drywall Inc
POB 3551
Tualatin, OR 97062

Salem Painting Co Inc
19190 SW 90th
POB 250
Tualatin, OR 97062-9997

TF Draper Co Inc
c/o Tom Draper
3831 24th
Forest Grove, OR 97116

Tigard Sand and Gravel Co
POB 4810
Tualatin, OR 97062-4810

Trinity Carpet Brokers
6327 SW Capitol Hwy, Ste C
Portland, OR 97239-2190

Washington Federal Savings Bank
Attn: Peggy Gobin
14990 SW Bangy Rd
Lake Oswego, OR 97035

West Coast Bank
c/o Linda Reid
500 E Broadway #100
Vancouver, WA 98660

**SECURED CREDITORS-RENAISSANCE DEVELOPMENT CORPORATION:**

American Classic Decks and Fencing
18300 SW 126th Pl
Tualatin, OR 97062

Canyon Creek Cabinet Co
16726 Tye St SE
Monroe, WA 98272

Fettig Construction Inc
POB 1381
Tualatin, OR 97062

Fibersphere Communications Inc
735 SW 158TH Avenue
Beaverton, OR 97006

GeoDesign Inc
15575 SW Sequoia Pkwy #100
Portland, OR 97224

JB Insulation Co Inc
dba Jim Boryska
14255 SW Galbreath Dr
Sherwood, OR 97140

Kone Inc
POB 429
Moline, IL 61266-0429

Martin Sanders Grounds Maint
POB 307
North Plains, OR 97133

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR 97035

Patriot Pavement Dev LLC
POB 1617
Battle Ground, WA 98604

Trinity Carpet Brokers
6327 SW Capitol Hwy, Ste C
Portland, OR 97329-2190

Stephen Waldroup Construction, Inc.
dba Ultra Quiet Floors
403 N Main St
Newberg, OR 97132

Gary Webb
Gary Webb Trust
61927 Behrens
Summerville, OR 97876

**SECURED CREDITORS-THE LAKES AT FISHERS LANDING, LLC**

Augustine's Gutter Serv
3602 NE 101st St
Vancouver, WA 98686

Fettig Construction Inc
POB 1381
Tualatin, OR 97062

Interior Focus Inc
8425 SW Terwilliger Blvd
Portland, OR 97219

Pacific Lumber and Truss
5895 SW Jean Rd
Lake Oswego, OR 97035

Reut Bros Inc
10853 S Ridgetop Dr
Molalla, OR 97038

| | | |
|---|---|---|
| **LIEN CLAIMANT'S COUNSEL:**<br><br>William A. Drew<br>Elliott, Ostrander & Preston, PC<br>707 SW Washington St., #1500<br>Portland, OR  97205<br><br>Fred C. Nachtigal<br>Nachtigal, Eisenstein & Associates<br>101 SW Washington St<br>Hillsboro, OR  97123<br><br>Justin Stark<br>Stark Law Office LLC<br>1826 NE Broadway<br>Portland, OR  97232<br><br>Thomas K. Wolf<br>Thomas K. Wolf, LLC<br>4550 SW Kruse Way #125<br>Lake Oswego, OR  97035 | Jared E. Kahn<br>Rees, Kahn & Hennessy<br>4035 SE 52nd Ave<br>POB 86100<br>Portland, OR  97286<br><br>J. Kurt Kraemer<br>McEwen Gisvold LLP<br>1100 SW Sixth Ave #1600<br>Portland, OR  97204<br><br>Alan L. Mitchell<br>POB 14247<br>Portland, OR  97293<br><br>Kenneth Brinich<br>Hendrix, Brinich & Bertalan, LLP<br>716 NW Harriman St<br>Bend, OR  97701<br><br>Canyon Creek Cabinet Co<br>16726 Tye St SE<br>Monroe, WA  98272 | **REQUESTS FOR SPECIAL NOTICE:**<br><br>Recovery Management<br>  Systems Corporation<br>Attn: Ramesh Singh<br>25 SE 2nd Ave., #1120<br>Miami, FL 33131<br><br>**OTHERS:**<br><br>Michael D. Currin<br>Witherspoon, Kelley,<br>  Davenport & Toole, PC<br>422 Riverside #1100<br>Spokane, WA  99201<br>MDC@wkdtlaw.com<br>   Pro Hac Vice Attorney for<br>   Sterling Saving Bank |

034312/00001/1911896v1