B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,        Case No. _____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____         _____
      Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): _____
should be sent:                                                             Amount of Claim: _____
                                                             Date Claim Filed: _____

Phone: _____         Phone: _____
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____         Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Assignment of Proof of Claim No. 80*

Withers Lumber Co. hereby assigns and transfers to Sterling Savings Bank its secured claim in the amount of $22,007.60, as set forth in Proof of Claim No. 80, filed November 19, 2008, in the bankruptcy case of *In re Renaissance Custom Homes, LLC,* case no. 08-35023-tmb11, United States Bankruptcy Court for the District of Oregon, together with the right to receive all distributions that may be made on account of such claim.

WITHERS LUMBER CO.

By: _____
Title: Corp. - Sec - Treas

STATE OF OREGON    )
                   ) ss.
County of Marion   )

The foregoing instrument was acknowledged before me this 19 day of February, 2010, by Lori K. Fossholm, the Corp. Sec./Treas of Withers Lumber Co.



NOTARY PUBLIC FOR Oregon
My Commission Expires: 1/15/11

OFFICIAL SEAL
JENNIFER L BARBER
NOTARY PUBLIC-OREGON
COMMISSION NO. 411029
MY COMMISSION EXPIRES JAN. 15, 2011

G:\Clients\6011\067\Withers Lumber Lien\O Assignment of Proof of Claim (Withers).wpd