B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,                Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____         _____
       Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): _____
should be sent:                                        Amount of Claim: _____
                                                       Date Claim Filed: _____

Phone: _____                  Phone: _____
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                      Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Assignment of Proof of Claim No. 153

Tri-Span Construction, Inc. hereby assigns and transfers to Sterling Savings Bank its secured claim in the amount of $21,267.22, as set forth in Proof of Claim No. 153, filed January 14, 2009, in the bankruptcy case of *In re Renaissance Custom Homes, LLC*, case no. 08-35023-tmb11, United States Bankruptcy Court for the District of Oregon, together with the right to receive all distributions that may be made on account of such claim.

TRI-SPAN CONSTRUCTION, INC.

By: _____
Title: _____PRESIDENT_____

STATE OF OREGON    )
                   ) ss.
County of Multnomah )

The foregoing instrument was acknowledged before me this 2nd day of March, 2010, by Ron Winslow, the President of Tri-Span Construction, Inc., on behalf of the corporation.

OFFICIAL SEAL
SHARI M PERSEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 409279
MY COMMISSION EXPIRES OCT. 28, 2010

_____
NOTARY PUBLIC FOR Oregon
My Commission Expires: 10-28-10

G:\Clients\6011\067\Tri-Span Construction\O Assignment of Proof of Claim (Tri-Span).wpd