B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,        Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____        _____
       Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): _____
should be sent:                                      Amount of Claim: _____
                                                     Date Claim Filed: _____

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Assignment of Proof of Claim No. 148

    Oswego Drywall Installers, Inc. hereby assigns and transfers to Sterling Savings Bank its secured claim in the amount of $11,225.00, as set forth in Proof of Claim No. 148, filed January 9, 2009, in the bankruptcy case of *In re Renaissance Custom Homes, LLC*, case no. 08-35023-tmb11, United States Bankruptcy Court for the District of Oregon, together with the right to receive all distributions that may be made on account of such claim.

                                    OSWEGO DRYWALL INSTALLERS, INC.

                                    By: _____
                                    Title: Administrator

STATE OF OREGON    )
                         ) ss.
County of Washington )

March ~~February~~ The foregoing instrument was acknowledged before me this 11th day of ~~February~~, 2010, by Gabrielle Parrish, the Administrator of Oswego Drywall Installers, Inc., on behalf of the corporation.

                                    Deborah Dougherty
                                    NOTARY PUBLIC FOR Oregon
                                    My Commission Expires: 2/18/12



OFFICIAL SEAL
DEBORAH DOUGHERTY
NOTARY PUBLIC-OREGON
COMMISSION NO. 424553
MY COMMISSION EXPIRES FEB. 18, 2012

G:\Clients\6011\067\Oswego Drywall\O Assignment of Proof of Claim (Oswego).wpd