B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
    Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): _____
should be sent:                                       Amount of Claim: _____
                                                                   Date Claim Filed: _____

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date:_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## *Assignment of Proof of Claim No. 197*

      Rothchild Construction Company, Inc. hereby assigns and transfers to Sterling Savings Bank its secured claim in the amount of $93,029.17, as set forth in Proof of Claim No. 197, filed January 28, 2009, in the bankruptcy case of *In re Renaissance Custom Homes, LLC*, case no. 08-35023-tmb11, United States Bankruptcy Court for the District of Oregon, together with the right to receive all distributions that may be made on account of such claim.

ROTHCHILD CONSTRUCTION COMPANY, INC.

By: _[signature]_
Title: President

STATE OF OREGON    )
                              ) ss.
County of Yamhill     )

      The foregoing instrument was acknowledged before me this 16th day of March, 2010, by Loyal Roth, the President of Rothchild Construction Company, Inc.

_[signature]_
NOTARY PUBLIC FOR Oregon
My Commission Expires: 4-21-2011

OFFICIAL SEAL
TERESA PLATT
NOTARY PUBLIC-OREGON
COMMISSION NO. 416405
MY COMMISSION EXPIRES APRIL 21, 2011

G:\Clients\6011\067\Rothchilds Construction Lien\O Assignment of Proof of Claim (Rothchild).wpd