**DISTRICT OF OREGON**
**F I L E D**
**July 02, 2010**
**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

**This Order shall be Nunc Pro Tunc to June 30, 2010.**

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

FDN (3/27/08) cmr

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
**Renaissance Custom Homes, LLC** ) Case No. **08−35023−tmb11**
**Renaissance Development Corporation** )
Debtor(s) )
) FINAL DECREE
)
)
)

The estate of the above debtor(s) having been fully administered,

**IT IS ORDERED** that this Chapter 11 case is closed, and that the court shall retain jurisdiction over any adversary proceeding(s) pending at the time of closure.

###